# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3542
_____

ALPHENE BROWN III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Bay County.
Joseph F. Grammer, Judge.

February 14, 2024

PER CURIAM.

AFFIRMED. *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023).

ROBERTS, WINOKUR, NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Zachary F. Lawton, Assistant Attorney General, Tallahassee, for Appellee.